**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE



# Fifteenth Court of Appeals

P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

Shabronda Rena-Lewis
c/o 1823 Wildwood Lane
Glenn Heights, TX 75154

RE:    Court of Appeals Number:    15-25-00049-CV
        Trial Court Case Number:    CC-24-07085-A

Style:  Charles Lewis
       v. Dan Willems

The Fifteenth Court of Appeals is in receipt of your correspondence dated November 8, 2025. After review, this mandate has issued, and the case is closed. Your correspondence is being returned and is enclosed.

Sincerely,

Christopher A. Prine, Clerk